IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98cv3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the Motion to Substitute Respondent (Filing No. 98) is granted. The Clerk's Office is ordered to modify the caption of this action by substituting "Robert Houston, Director, State of Nebraska Department of Correctional Services" as the respondent.

Dated: July 28, 2005

BY THE COURT

s/ Joseph F. Bataillon
United States Senior District Judge