IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, Director, State of Nebraska Department of Correctional Services, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's motion to strike subpoenas directed to Judge Richard Krepela and Captain Chapman of the Norfolk Police Department, Filing No. 113. Pursuant to a telephonic conference with the parties on October 12, 2005,

IT IS ORDERED that

1. Respondent's motion to strike the subpoena directed to Judge Krepela is granted.

2. Respondent's motion to strike the subpoena directed to Captain Chapman is denied.

DATED this 13th day of October, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge