IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, Director, State of Nebraska Department of Correctional Services, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The continued evidentiary hearing scheduled for February 2, 2006, see Filing No. 115, is rescheduled before the undersigned to **February 23, 2006.** The parties are advised to subpoena any necessary witnesses at least one month before the hearing and to advise the witnesses immediately concerning the hearing date. If there is an unavoidable scheduling conflict, the parties should advise the court within ten days of this order. The parties are also advised to conduct any necessary discovery prior to the hearing so as to eliminate discovery-type testimony at the hearing. Accordingly,

IT IS ORDERED:

1. The continued evidentiary hearing is rescheduled before the undersigned on **February 23, 2006 at 8:30 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.
2. The parties shall subpoena witnesses at least one month in advance of the hearing.
3. The parties shall notify the court of any unavoidable scheduling conflicts within ten (10) days of the date of this order.

DATED this 19th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge