FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 31  AM 10: 48

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | CASE NO. 4:98CV3254 |
| | ) | |
| Petitioner, | ) | **APPLICATION AND ORDER FOR** |
| | ) | **WRIT OF HABEAS CORPUS AD** |
| -vs- | ) | **TESTIFICANDUM** |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

COMES NOW the Petitioner, Robert E. Hunt, Jr., by and through his attorney, Karen M. Shanahan, and requests the Clerk of this Court to issue a Writ of Habeas Corpus Ad Testificandum to the Nebraska Department of Corrections and the Nebraska State Penitentiary and the U. S. Marshal's Office for the appearance of Robert E. Hunt, Jr., Reg. No. 35947-047, at the evidentiary hearing presently scheduled for Thursday, February 23, 2006, at 8:30 a.m.

1.  Robert E. Hunt, Jr., is presently incarcerated at the Nebraska State Penitentiary in Lincoln, Nebraska.

2.  It is necessary that Mr. Hunt appear before the Honorable Joseph F. Bataillon, at the evidentiary hearing on Thursday, February 23, 2006, at 8:30 a.m.

WHEREFORE, the Defendant prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Testificandum to the U.S. Marshal's Office for the appearance of Robert E. Hunt, Jr., as requested above and for such other proceedings as the Court may direct.

Robert E. Hunt, Jr., Defendant,

By: _____
KAREN M. SHANAHAN
Assistant Federal Public Defenders
222 South 15th Street, Ste. 300N
Omaha, NE 68102
(402) 221-7896
E-mail: Karen_Shanahan@fd.org

Writ Issued  1/31/06

## ORDER

Upon the above application,

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued as requested above.

DATED this 31 day of January, 2006.

_____
United States Judge