IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, Director, State of Nebraska Department of Correctional Services, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's motion to quash the subpoena issued to the Hon. Richard W. Krepela to appear and give testimony at a hearing on February 23, 2006, Filing No. 136.  For good cause shown, the court finds the motion should be granted.  A hearing will be set by further order of the court, with agreement of the parties, and Judge Krepela will be ordered by this court to appear at that hearing.  Accordingly,

IT IS ORDERED:

1. Respondent's motion to quash subpoena (Filing No. 136) is granted;
2. The subpoena ordering the Hon. Richard Krepela to appear to testify before the undersigned on February 23, 2006, at 8:30 a.m. (Filing No. 133), is quashed.

DATED this 21st day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge