IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, Director, | ) | |
| State of Nebraska Department of | ) | |
| Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion.  An evidentiary hearing has been scheduled for **April 14, 2006, at 9:00 a.m.**  Accordingly,

IT IS ORDERED:

1.  The Honorable Richard Garden shall appear in the United States District Court for the District of Nebraska, Courtroom No. 3, Roman L. Hruska Courthouse, 111 So. 18th Plaza, Omaha, Nebraska 68102, at 9:00 a.m., on April 14, 2006, to testify in this action.

2.  The Honorable Richard Krepela shall appear in the United States District Court for the District of Nebraska, Courtroom No. 3, Roman L. Hruska Courthouse, 111 So. 18th Plaza, Omaha, Nebraska 68102, at 9:00 a.m., on April 14, 2006, to testify in this action.

3.  The Clerk of Court is directed to mail a copy of this order to the above named individuals via First Class United States Mail at the following addresses:

Hon. Richard P. Garden
1211 N. 18th St.
Norfolk, NE  68701-2525

Hon. Richard W. Krepela
Madison County Court
P.O. Box 230
Madison, NE  68748

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge