IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, Director, | ) | |
| State of Nebraska Department of | ) | |
| Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. An evidentiary hearing has been scheduled for **April 14, 2006, at 9:00 a.m.** The court has been in contact with the Hon. Richard P. Garden. Judge Garden advised the court that he currently resides in Texas. He plans to return to Nebraska during the months of May through October, 2006. Accordingly, the court's order (Filing No. 142) is amended as to the appearance of the Honorable Richard Garden only.

IT IS ORDERED:

1. The Honorable Richard Garden shall make himself available for deposition in Texas, either in person or electronically, prior to April 10, 2006; make himself available by telephone for testimony during the above scheduled hearing; or, by agreement of the parties, make himself available for a deposition in Nebraska at a time and place convenient to the parties on or before May 31, 2006.

2. Counsel for the defendant is to make the necessary arrangements with the witness and inform the court on or before April 10, 2006.

3. The Clerk of Court is directed to mail a copy of this order to the below named individual via First Class United States Mail at the following address:

> Hon. Richard P. Garden
> 1211 N. 18th St.
> Norfolk, NE  68701-2525

DATED this 15th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge