IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, Director, | ) | |
| State of Nebraska Department of | ) | |
| Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the mandate of the Eighth Circuit Court of Appeals, Filing No. 166. The court has been directed to dismiss Hunt's petition for habeas corpus relief. Accordingly,

IT IS ORDERED that:

1. Hunt's petition for habeas corpus relief is dismissed.

2. This action is dismissed.

3. The Clerk of Court is directed to close this case.

DATED this 1st day of July, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge