IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, JR., | ) | Case No: 4:98CV3254 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing 16, (2 Boxes), be returned to J. Kirk Brown, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

April 6th, 2010               BY THE COURT

                              s/ Joseph F. Bataillon
                              Chief United States District Judge